KNOWLES BROADCASTING CO., INC. & another *vs.* STEVEN J. ORETO. February 11, 1975. The plaintiffs appeal from a decree of the Superior Court dismissing their bill in equity against a former employee to enforce a covenant not to compete. The appeal must fail because of the trial judge's express findings, which were not plainly wrong (*Richmond Bros. Inc. v. Westinghouse Bdcst. Co. Inc.* 357 Mass. 106, 109 [1970]; *All Stainless Inc. v. Colby,* 364 Mass. 773, 776 [1974]), that various factors usually considered grounds for enforcing such a covenant were not present (see *Richmond Bros. Inc. v. Westinghouse Bdcst. Co. Inc., supra,* at 110; *National Hearing Aid Centers, Inc. v. Avers,* 2 Mass. App. Ct. 285, 289-290 [1974]) and because of the absence of any finding (or any compelling basis for a finding) that enforcement of the

covenant would protect the former employer from anything other than ordinary competition. See *Richmond Bros. Inc.* v. *Westinghouse Bdcst. Co. Inc., supra,* at 111; *All Stainless, Inc.* v. *Colby, supra,* at 779-780; *Marine Contractors Co. Inc.* v. *Hurley,* 365 Mass. 280, 287-288 (1974); *National Hearing Aid Centers, Inc.* v. *Avers, supra,* at 289.

*Decree affirmed.*

*John M. Griffin* for the plaintiffs.
*Mel L. Greenberg* for the defendant.